## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **A.P., a minor, by and through her next friend, Debbra Poage** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 07-2429-KHV/DJW |
| **D-CARR INVESTMENTS, INC.,** | )<br>)<br>) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice by Plaintiff A.P. and Defendant D-Carr Investments, Inc. (Doc. #31), it is hereby **ORDERED** that all of Plaintiff's claims against Defendant D-Carr Investments, Inc. are **DISMISSED**, with prejudice, and with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 25, 2008            s/ Kathryn H. Vratil
                                Kathryn H. Vratil
                                United States District Judge